■ ROBERT E. MORRIS, JR., et al., Appellants, v H. PEERS BREWER et al., Respondents.—Order, Supreme Court, New York County (Irving Lang, J.), entered on June 5, 1986, and judgment of said court, entered on July 25, 1986, unanimously affirmed, without costs and without disbursements, for the reasons stated by Irving Lang, J., at Special Term. Concur— Sandler, J. P., Sullivan, Ross, Milonas and Wallach, JJ.

■ AMERICAN BARTENDERS SCHOOL, INC., et al., Appellants, v KEVIN G. CAHILL et al., Respondents.—Order, Supreme Court, New York County (Kristin Glen, J.), entered on March 4, 1987, unanimously affirmed, without costs and without disbursements, for the reasons stated by Kristin Glen, J. Concur —Sandler, J. P., Sullivan, Ross, Milonas and Wallach, JJ.